[No. 2716–3.   Division Three.   April 14, 1978.]

*In the Matter of the Personal Restraint of*
ARTHUR RAY McBRIDE, *Petitioner.*

Appeal from a judgment of the Superior Court for Chelan County, No. 4811, B. E. Kohls, J., entered March 5, 1975. *Dismissed* by unpublished per curiam opinion.

[No. 4613–1.   Division One.   April 17, 1978.]

ISAACSON CORPORATION, *Appellant,* v. BOARD OF INDUSTRIAL INSURANCE APPEALS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 804975, Robert M. Elston, J., entered March 15, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 5240–1.   Division One.   April 17, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. DEAN EUGENE WILKERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 78226, Frank D. Howard, J., entered November 30, 1976. *Affirmed* by unpublished per curiam opinion.